# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EXPEDITO PERRONE,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No. 6:10-cv-788-Orl-31KRS

**SAN VILLA SHIP MANAGEMENT CO.**
**and JOSE VILLANUEVA,**

        **Defendants.**

## AMENDED[1] ORDER

Upon review of this case *sua sponte*, it is

**ORDERED** that this case be transferred to the Honorable Mary S. Scriven, with her permission, for consideration with 6:09-cv-2199-ORL-35KRS.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 3, 2010.

                                              **GREGORY A. PRESNELL**
                                              **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] Amended to add signature, only.